No. D–551.  IN RE DISBARMENT OF NICHOLS.  It is ordered that Zane Gray Nichols, of Annapolis, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 103, Orig.  SOUTH DAKOTA *v.* NEBRASKA ET AL.  Motion of North Dakota for leave to intervene as plaintiff granted.  Motion for leave to file bill of complaint denied without prejudice. [For earlier order herein, see 474 U. S. 941.]

No. 84–1379.  DIAMOND ET AL. *v.* CHARLES ET AL.  C. A. 7th Cir.  [Probable jurisdiction noted, 471 U. S. 1115.]  Motion of appellants for leave to file a supplemental brief after argument granted.

No. 84–1777.  INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. *v.* BROCK, SECRETARY OF LABOR.  C. A. D. C. Cir. [Certiorari granted, 474 U. S. 900.]  Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* out of time granted.

No. 85–473.  CARGILL, INC., ET AL. *v.* MONFORT OF COLORADO, INC.  C. A. 10th Cir.  [Certiorari granted, 474 U. S. 1049.]  Motion of the parties to permit filing one volume of joint appendix under seal granted.  JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 85–521.  BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* PUBLIC AGENCIES OPPOSED TO SOCIAL SECURITY ENTRAPMENT ET AL.  D. C. E. D. Cal.  [Probable jurisdiction noted *sub nom. Heckler* v. *Public Agencies Opposed to Social Security Entrapment,* 474 U. S. 1004.]  Motion of appellees Public Agencies Opposed to Social Security Entrapment et al. for leave to file an out-of-time motion for divided argument denied.